# EXHIBIT A

JPMORGAN CHASE & CO.

Doressia L. Hutton
Vice President
Assistant General Counsel
Litigation Department

December 21, 2021

**Via Overnight Delivery**
Taylor A. Budowich
1924 Manchester Road
Sacramento, CA 95815

**Re: Subpoena House Select Committee to Investigate the January 6th Attack on the United States Capitol**

Dear Mr. Budowich:

J.P. Morgan Chase Bank, N.A. received a subpoena regarding the matter cited above concerning a request for information involving you and/or your accounts. This is merely a notification.

As required, J.P. Morgan Chase Bank, N.A. will comply with this subpoena in a timely manner unless it receives documentation legally obligating it to stop taking such steps. Should you wish to send this documentation for our review, please email it to us at Doressia.Hutton@jpmchase.com no later than December 24, 2021 at 5:00 p.m. EST.

If you have legal representation, please provide them with a copy of this letter. Please note that we cannot provide you with legal counsel.

Should you have any questions or would like us to send you a copy of the subpoena, please contact the House Select Committee to Investigate the January 6th Attack on the United States Capitol.

Very truly yours,

/s/ Doressia L. Hutton

JPMorgan Chase & Co. • 10 S. Dearborn Street, Chicago, IL 60603
312-841-4750 Doressia.Hutton@jpmchase.com