**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,            )<br>                                                           )<br>           Plaintiffs,                            )<br>                                                           )<br>vs.                                                    )       Case No. 1:21-cv-03366-RJL<br>                                                           )<br>NANCY PELOSI, *et al.*,                 )<br>                                                           )<br>           Defendants.                        )<br>                                                           ) | |

**NOTICE OF SERVICE**
**(CERTIFICATE OF COUNSEL)**

In accordance with LCvR 65.1(a), undersigned counsel certifies that actual notice was provided to all named Defendants at the time of making application for a Temporary Restraining Order and that copies of all pleadings and papers filed at that time were furnished upon Defendants Pelosi, Thompson, Cheney, Schiff, Raskin, Lofgren, Luria, Aguilar, Murphy, Kinsinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol (the "Select Committee Defendants"), by email on December 24, 2021 at 7:37 p.m. EST to their counsel, and upon Defendant JP Morgan Chase Bank, N.A., by email on December 24, 2021 at 7:33 p.m. EST to its counsel.

Counsel for the Parties are in active communication. The Select Committee Defendants will accept electronic service of process through their General Counsel contingent on Plaintiff serving the United States in accordance with FED. R. CIV. P. 4(i). Defendant JP Morgan Chase Bank, N.A. will accept electronic service of process through its counsel. Counsel for Plaintiff will continue to serve any further pleadings on counsel for Defendants until they formally notice their appearances.

| | |
|---|---|
| Date:  December 27, 2021 | Respectfully submitted, |
| | **s/ Christopher W. Dempsey** |
| | CHRISTOPHER W. DEMPSEY |
| | D.D.C. Bar ID:  AR0006 |
| | Daniel K. Bean (*Pro hac vice* forthcoming) |
| | Jared J. Burns (*Pro hac vice* forthcoming) |
| | ABEL BEAN LAW, P.A. |
| | 100 N Laura Street, Suite 501 |
| | Jacksonville, Florida 32202 |
| | Telephone:  (904) 944-4100 |
| | Fax:  (904) 944-4122 |
| | Email: cdempsey@abelbeanlaw.com |