UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,    Plaintiffs,vs.NANCY PELOSI, *et al.*,    Defendants. | )))))))))))) Case No. 1:21-cv-03366-JEB |

**MOTION TO APPEAR *PRO HAC VICE*** 
**(DANIEL K. BEAN)**

In accordance with LCvR 83.2, counsel for Plaintiffs in the above-captioned matter respectfully moves this Court for the *pro hac vice* admission of Daniel K. Bean in this action, and in support thereof, states as follow:

1. Daniel K. Bean is a partner of the law firm of Abel Bean Law, P.A., whose office is located at 100 N. Laura Street, Suite 501, Jacksonville, Florida 32202, and his telephone number is (904) 944-4100. See Certification of Daniel K. Bean (attached hereto as **Exhibit A**) at ¶ 1.

2. Mr. Bean is a member in good standing the Bar of the State of Florida, and is also admitted to the United States District Court for the Northern District of Florida, the United States District Court for the Middle District of Florida, the United States Bankruptcy Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. Id. at ¶ 2.

3. Mr. Bean has not been denied admission nor has he been disciplined by any court. Id. at ¶ 4.

4. Plaintiffs have retained Abel Bean Law, P.A., and have requested that Daniel K. Bean represent them in this matter. Id. at ¶ 5.

5.   Mr. Bean has not been admitted *pro hac vice* in this Court within the last two years. Id. at ¶ 6.

6.   Plaintiffs respectfully request the instant Motion be granted so that Mr. Bean may attend and participate in all matters on behalf of Plaintiffs and otherwise engage in pre-trial, trial, and post-trial proceedings in connection with this litigation.

7.   This Motion is made by Christopher W. Dempsey, who is a member in good standing of this Bar.

WHEREFORE, counsel for Plaintiffs respectfully requests that this Court enter an Order granting the instant Motion and admitting Daniel K. Bean *pro hac vice* for the purpose of representing Plaintiffs in this matter.

Date:  December 28, 2021

Respectfully submitted,

**s/ Christopher W. Dempsey**
CHRISTOPHER W. DEMPSEY
D.D.C. Bar ID:  AR0006
Daniel K. Bean (*Pro hac vice* forthcoming)
Jared J. Burns (*Pro hac vice* forthcoming)
ABEL BEAN LAW, P.A.
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone:  (904) 944-4100
Fax:  (904) 944-4122
Email: cdempsey@abelbeanlaw.com