# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TAYLOR BUDOWICH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:21-cv-03366-JEB |
| | ) | |
| NANCY PELOSI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATION OF DANIEL K. BEAN

1.      I am a partner at the law firm of Abel Bean Law, P.A.  My office is located at 100 N. Laura Street, Suite 501, Jacksonville, Florida 32202, and my telephone number is (904) 944-4100.

2.      I am a member in good standing the Bar of the State of Florida, and am also admitted to the United States District Court for the Northern District of Florida, the United States District Court for the Middle District of Florida, the United States Bankruptcy Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

3.      I have not engaged in the practice of law from an office in this jurisdiction.  I am not a member of the Bar of this jurisdiction, nor do I have an application for membership in the Bar of this jurisdiction pending.

4.      I have not been denied admission nor have I been disciplined by any court.

5.      Plaintiffs have retained Abel Bean Law, P.A., and have requested that I represent them in this matter.

6.      I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 28, 2021                    Respectfully submitted,

                                            _____
                                            DANIEL K. BEAN