UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:21-cv-03366-JEB |
| ) | |
| NANCY PELOSI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER ON MOTION TO APPEAR *PRO HACE VICE*
(DANIEL K. BEAN)**

Upon the Motion to Appear Pro Hac Vice filed by counsel for Plaintiffs (Dkt. No. 6), and for good cause shown, it is hereby:

ORDERED that Motion to Appear Pro Hac Vice is GRANTED and further ORDERED that Daniel K. Bean shall be admitted *pro hac vice* for the purpose of representing Plaintiffs in the above-captioned matter.

Date: _____    _____
HONORABLE JAMES E. BOASBERG
United States District Judge