## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TAYLOR BUDOWICH, *et al.*,          )
                                    )
        Plaintiffs,          )
                                    )
vs.                                 )          Case No. 1:21-cv-03366-JEB
                                    )
NANCY PELOSI, *et al.*,             )
                                    )
        Defendants.          )
_____     )

## REQUEST FOR SUMMONS TO ISSUE

Counsel for Plaintiffs respectfully requests issuance of the Summons filed herewith to the United States Attorney General and the United States Attorney's Office for the District of Columbia.

Date:  December 28, 2021                    Respectfully submitted,

**s/ Christopher W. Dempsey**
CHRISTOPHER W. DEMPSEY
D.D.C. Bar ID:  AR0006
Daniel K. Bean (*Pro Hac Vice* forthcoming)
Jared J. Burns (*Pro Hac Vice* forthcoming)
ABEL BEAN LAW, P.A.
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone:  (904) 944-4100
Fax:  (904) 944-4122
Email: cdempsey@abelbeanlaw.com