IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>         Plaintiffs,<br><br>      v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*<br><br>         Defendants. | No. 1:21-cv-03366 (JEB) |

## NOTICE OF APPEARANCE

I, Roberto J. Gonzalez, hereby enter my appearance as counsel in the above-captioned case for defendant J.P. Morgan Chase Bank, N.A. Please send all future notices in this matter to me.

Dated: December 29, 2021        Respectfully submitted,

                       /s/ Roberto J. Gonzalez
                       Roberto J. Gonzalez (DC Bar No. 501406)
                       2001 K Street, NW
                       Washington, DC 20006-1047
                       Telephone: (202) 223-7316
                       rgonzalez@paulweiss.com

                       *Counsel for J.P. Morgan Chase Bank, N.A.*