## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TAYLOR BUDOWICH, *et al.*,

                    Plaintiffs,

          v.

NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*

                    Defendants.

No. 1:21-cv-03366 (JEB)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, the undersigned attorney, Roberto J. Gonzalez, a member of the Bar of this Court, respectfully moves that Loretta E. Lynch be admitted *pro hac vice* as counsel for J.P. Morgan Chase Bank, N.A., appearing as a defendant in the above-captioned action.

In support of this motion, the undersigned represents:

1.    Ms. Lynch is a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; telephone (212) 373-3118.

2.    As set forth in the Declaration of Loretta E. Lynch accompanying this motion, Ms. Lynch is a member in good standing of the Bar of the State of New York, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York.  She has not been disciplined by any bar.

3.    Ms. Lynch has been admitted *pro hac vice* in this Court one time in the past two years.

4.      WHEREFORE, counsel for defendant moves that this Court enter an Order permitting Loretta E. Lynch to appear *pro hac vice* on behalf of defendant J.P. Morgan Chase Bank, N.A. in the above-captioned action.

Dated: December 29, 2021

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    /s/ Roberto J. Gonzalez
       Roberto J. Gonzalez (DC Bar No. 501406)
       2001 K Street, NW
       Washington, DC 20006-1047
       Telephone:  (202) 223-7316
       rgonzalez@paulweiss.com

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to LCvR 5.3, I hereby certify that, on December 29, 2021, I caused to be electronically filed a copy of the foregoing Motion for Admission *Pro Hac Vice* using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

By:     /s/ Roberto J. Gonzalez_____
         Roberto J. Gonzalez (DC Bar No. 501406)