IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>                              Plaintiffs,<br><br>                         v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*,<br><br>                              Defendants. | No. 1:21-cv-03366 (JEB) |

## DECLARATION OF LORETTA E. LYNCH

I, Loretta E. Lynch, pursuant to 28 U.S.C. § 1746, declare as follows:

Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court *pro hac vice*.

1. My name, office address, email, and telephone number are as follows:

    Loretta E. Lynch
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas, New York, NY 10019-6064
    Email: lelynch@paulweiss.com, Telephone: (212) 373-3118

2. I am admitted, practicing, and in good standing as a member of the Bar of the State of New York.  I was admitted to the New York Bar on July 8, 1985, and have been a member in good standing since my admission.

3. I am also admitted to practice before the U.S. District Court for the Eastern District of New York and U.S. District Court for the Southern District of New York.

4. I am currently in good standing with all bars in which I am admitted.  I have not been denied admission to, nor have I been disciplined by, any Court.

5. I have been admitted *pro hac vice* in this Court one time in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2021                    Respectfully submitted,

                                            _____
                                            LORETTA E. LYNCH