# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TAYLOR BUDOWICH, *et al.*,

                    Plaintiffs,

            v.

NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*,

                  Defendants.

No. 1:21-cv-03366 (JEB)

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Loretta E. Lynch in the above-captioned matter and the accompanying Declaration of Loretta E. Lynch in support thereof, it is hereby **ORDERED** that the Motion for Admission *Pro Hac Vice* of Loretta E. Lynch is **GRANTED**.

**SO ORDERED** this _____ day of _____.

                                                  HONORABLE JAMES E. BOASBERG
                                                  United States District Judge