## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 1:21-cv-03366-RJL |
| NANCY PELOSI, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

I, Daniel K. Bean, hereby enter my appearance as counsel in the above-captioned case for Plaintiffs Taylor Budowich and Conservative Strategies, Inc. ("Plaintiffs"). Please include me on all future notices in this matter.

Respectfully submitted,

CHRISTOPHER W. DEMPSEY
D.D.C. Bar ID:  AR0006


**/s/ Daniel K. Bean**
DANIEL K. BEAN
FL Bar ID: 15539
ABEL BEAN LAW, P.A.
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone:  (904) 944-4100
Fax:  (904) 944-4122
Email: dbean@abelbeanlaw.com