IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>         Plaintiffs,<br><br>      v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*<br><br>         Defendants. | No. 1:21-cv-03366 (JEB) |

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that Loretta E. Lynch, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, has been admitted *pro hac vice* to practice in this Court in the above-captioned matter, and shall appear in this case on behalf of defendant J.P. Morgan Chase Bank, N.A.

Dated:  December 30, 2021

                  PAUL, WEISS, RIFKIND, WHARTON &
                  GARRISON LLP

                  /s/ Loretta E. Lynch
                  Loretta E. Lynch (NY Reg. No. 2069516)
                  1285 Avenue of the Americas
                  New York, NY  10019-6064
                  Telephone:  (212) 373-3118
                  lelynch@paulweiss.com