# EXHIBIT C

**From:** Tonolli, Sean
**To:** Daniel K Bean; Christopher Dempsey
**Cc:** Nelson, Jacob
**Subject:** RE: Mr. Taylor Budowich
**Date:** Wednesday, December 1, 2021 3:29:03 PM

---

Dan and Chris,

Thanks again for calling. As we discussed, we appreciate that you need time to run search terms against the documents before reviewing them. So we are fine with your proposal to move the production deadline to December 13th.

Regarding Mr. Budowich's text messages, can you please check his iCloud account and/or computer for backups, as we know he was using an iPhone. If he no longer has the text messages, we will need an explanation in the cover letter accompanying the production.

In terms of touching base early next week about the production volume, why don't you give me a call on Wednesday, the 8th, when I'll be back in the office. Would 10am work?

Thanks,
Sean

---

**From:** Tonolli, Sean
**Sent:** Wednesday, December 1, 2021 2:17 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Nelson, Jacob <JNelson@mail.house.gov>
**Subject:** RE: Mr. Taylor Budowich

Hi Dan,

I see I just missed your call on my cell phone. I'm at my desk. Please call 202-226-2888.

Thanks,
Sean

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Wednesday, December 1, 2021 9:23 AM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Nelson, Jacob <JNelson@mail.house.gov>
**Subject:** RE: Mr. Taylor Budowich

Sean,

Thanks for your note.  Chris and I will call you around 1:30 p.m. today to give you an update and we

received the link from Jacob.  Thank you.

Best, dkb



**Daniel K. Bean  | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

---

**From:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Sent:** Tuesday, November 30, 2021 9:06 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Nelson, Jacob <JNelson@mail.house.gov>
**Subject:** RE: Mr. Taylor Budowich

Dan,

Hope you had a nice Thanksgiving. Let me know when would be a good time tomorrow to talk. I'm open between 11:30 and 3. If Thursday's better, I should be generally available that day.

In the meantime, I've copied my colleague Jacob who will provide you a link to where document productions can be uploaded.

Thanks and looking forward to speaking,
Sean

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Wednesday, November 24, 2021 3:08 PM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

Thank you and we will circle back next week as requested.

Happy Thanksgiving to you as well.

Best, dkb

**Daniel K. Bean | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

---

**From:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Sent:** Wednesday, November 24, 2021 3:01 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

Thanks for reaching out, Dan. The subpoena is attached. Glad to discuss early next week once you've had a chance to review with Mr. Budowich.

Have a great Thanksgiving.

Best,
Sean

**Sean P. Tonolli**
Senior Investigative Counsel
Select Committee to Investigate
the January 6th Attack on the United States Capitol
U.S. House of Representatives
(202) 226-2888 (o) / (202) 308-5947 (c)

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Wednesday, November 24, 2021 2:48 PM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** Mr. Taylor Budowich

Sir,

Please accept this communication in response to your recent telephone call of Monday, November 22, 2021, to Mr. Taylor Budowich regarding the Select Committee.

This Firm represents Mr. Taylor Budowich in connection with any process or proceedings involving the Select Committee going forward. We are authorized to accept service of the subpoena you referenced in your voice mail to Mr. Budowich.

Please note that Mr. Budowich did not receive the email to which you referred in your voice mail and we respectfully request that you re-forward same to our attention.

Thank you for your time and consideration in this matter.

Best, dkb

**Daniel K. Bean | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

**From:** Tonolli, Sean
**To:** Daniel K Bean
**Cc:** Nelson, Jacob; Melinda Higby; Christopher Dempsey; Jared Burns
**Subject:** RE: Mr. Taylor Budowich
**Date:** Friday, December 10, 2021 9:22:32 AM

Thanks Dan. The 22nd at 10am works well. We'll coordinate on logistics once we get closer to the day.

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Friday, December 10, 2021 9:20 AM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Nelson, Jacob <JNelson@mail.house.gov>; Melinda Higby <mhigby@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Jared Burns <jburns@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

How does December 21st or 22nd work for you all?

Best, dkb

**Daniel K. Bean | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

**From:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Sent:** Friday, December 10, 2021 9:14 AM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Nelson, Jacob <JNelson@mail.house.gov>; Melinda Higby <mhigby@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

Good morning Dan,

Just circling back on the new date for your client's deposition. Among the dates we talked about, what is going to work best for you all?

Thanks,
Sean

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Tuesday, December 7, 2021 12:49 PM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Nelson, Jacob <JNelson@mail.house.gov>; Melinda Higby <mhigby@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

No worries. dkb

**Daniel K. Bean | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

---

**From:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Sent:** Tuesday, December 7, 2021 12:46 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Nelson, Jacob <JNelson@mail.house.gov>; Melinda Higby <mhigby@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

My apologies, Dan, I missed your reply on this. 11am tomorrow is fine and I just sent out a calendar invite. We can talk about your client's schedule and the deposition then.

Thanks,
Sean

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Wednesday, December 1, 2021 7:59 PM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Nelson, Jacob <JNelson@mail.house.gov>; Melinda Higby <mhigby@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

Thank you Sean.

We appreciate the extension to December 13th and we will have our vendor check the icloud account/and or computer for backups and proceed accordingly.

Can we please slide the December 8th call to 11:00 a.m. as I have a summary judgment hearing argument at 10:00 a.m.?

Finally, Taylor has a scheduling conflict on December 16th.  Can we please push that date back?

Best, dkb



**Daniel K. Bean  | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

---

**From:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Sent:** Wednesday, December 1, 2021 3:29 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>; Christopher Dempsey

<cdempsey@AbelBeanLaw.com>
**Cc:** Nelson, Jacob <JNelson@mail.house.gov>
**Subject:** RE: Mr. Taylor Budowich

Dan and Chris,

Thanks again for calling. As we discussed, we appreciate that you need time to run search terms against the documents before reviewing them. So we are fine with your proposal to move the production deadline to December 13th.

Regarding Mr. Budowich's text messages, can you please check his iCloud account and/or computer for backups, as we know he was using an iPhone. If he no longer has the text messages, we will need an explanation in the cover letter accompanying the production.

In terms of touching base early next week about the production volume, why don't you give me a call on Wednesday, the 8th, when I'll be back in the office. Would 10am work?

Thanks,
Sean

---

**From:** Tonolli, Sean
**Sent:** Wednesday, December 1, 2021 2:17 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Nelson, Jacob <JNelson@mail.house.gov>
**Subject:** RE: Mr. Taylor Budowich

Hi Dan,

I see I just missed your call on my cell phone. I'm at my desk. Please call 202-226-2888.

Thanks,
Sean

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Wednesday, December 1, 2021 9:23 AM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Nelson, Jacob <JNelson@mail.house.gov>
**Subject:** RE: Mr. Taylor Budowich

Sean,

Thanks for your note.  Chris and I will call you around 1:30 p.m. today to give you an update and we received the link from Jacob.  Thank you.

Best, dkb



**Daniel K. Bean | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

---

**From:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Sent:** Tuesday, November 30, 2021 9:06 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Nelson, Jacob <JNelson@mail.house.gov>
**Subject:** RE: Mr. Taylor Budowich

Dan,

Hope you had a nice Thanksgiving. Let me know when would be a good time tomorrow to talk. I'm open between 11:30 and 3. If Thursday's better, I should be generally available that day.

In the meantime, I've copied my colleague Jacob who will provide you a link to where document productions can be uploaded.

Thanks and looking forward to speaking,
Sean

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Wednesday, November 24, 2021 3:08 PM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

Thank you and we will circle back next week as requested.

Happy Thanksgiving to you as well.

Best, dkb

**Daniel K. Bean | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

---

**From:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Sent:** Wednesday, November 24, 2021 3:01 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Mr. Taylor Budowich

Thanks for reaching out, Dan. The subpoena is attached. Glad to discuss early next week once you've had a chance to review with Mr. Budowich.

Have a great Thanksgiving.

Best,
Sean

**Sean P. Tonolli**
Senior Investigative Counsel
Select Committee to Investigate
 the January 6th Attack on the United States Capitol
U.S. House of Representatives
(202) 226-2888 (o) / (202) 308-5947 (c)

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Wednesday, November 24, 2021 2:48 PM
**To:** Tonolli, Sean <Sean.Tonolli@mail.house.gov>
**Cc:** Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** Mr. Taylor Budowich

Sir,

Please accept this communication in response to your recent telephone call of Monday, November 22, 2021, to Mr. Taylor Budowich regarding the Select Committee.

This Firm represents Mr. Taylor Budowich in connection with any process or proceedings involving the Select Committee going forward. We are authorized to accept service of the subpoena you referenced in your voice mail to Mr. Budowich.

Please note that Mr. Budowich did not receive the email to which you referred in your voice mail and we respectfully request that you re-forward same to our attention.

Thank you for your time and consideration in this matter.

Best, dkb

Daniel K. Bean | Abel Bean Law P.A.

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com