# EXHIBIT D



Daniel K. Bean, Esq.
dbean@abelbeanlaw.com

December 14, 2021

**VIA ELECTRONIC MAIL**

Chairman Bennie G. Thompson
c/o Sean P. Tonolli, Esq.
Select Committee to Investigate the
January 6th Attack on the United States Capitol
U.S. House of Representatives
Washington, D.C. 20515
Email:  Sean.Tonolli@mail.house.gov

>   RE:   Response to Subpoena dated November 22, 2021
>              Taylor Budowich || Document Production

Dear Chairman Thompson:

Our Firm represents Mr. Taylor Budowich in connection with the proceedings conducted by the "Select Committee to Investigate the January 6th Attack on the United States Capitol" (hereinafter the "Select Committee"), including the subpoena the Select Committee issued, dated November 22, 2021, for production of documents and things.

On behalf of Mr. Budowich, we write to respond and object to the Select Committee's Subpoena and its Definitions, Instructions, and Schedule (collectively its "Requests"), as follows:

**GENERAL OBJECTIONS**

Mr. Budowich objects to the Requests on the following grounds:

1.   **Privileges**.  Mr. Budowich objects to each Request to the extent that it calls for the disclosure of documents or information protected by the attorney-client privilege, the accountant-client privilege, or other applicable privileges.

2.   **Work Product Doctrine**.  Mr. Budowich objects to each Request to the extent that it seeks to discover information that is protected by the work product doctrine, including mental impressions, conclusions, opinions, or legal theories of an attorney or other representative of Mr. Budowich concerning this litigation.

**Abel Bean Law, P.A.**

December 14, 2021
Response to Subpoena dated November 22, 2021
Taylor Budowich || Document Production

      3.    **Client Confidences**.  Mr. Budowich objects to each Request as seeking to discover client confidences conveyed to Mr. Budowich, whether or not they are protected by the attorney-client privilege, the accountant-client privilege, or other applicable privileges, or the attorney work product doctrine.

      4.    **Select Committee Not Duly Authorized**.  Mr. Budowich objects to each Request as the Select Committee is not properly and duly authorized in accordance with H. Res. 503 § 2(a), 117th Cong. (2021), as it not comprised of thirteen (13) members, five (5) of whom were appointed after consultation with the minority leader.

      5.    **No Valid Legislative Purpose**.  Mr. Budowich objects to each Request as the subpoena does not further a valid legislative purpose ancillary to legislative authority, but rather serves a quintessentially law enforcement purpose reserved to the authority of the Executive branch, to wit: investigate facts, circumstances, and causes, as well as expose and punish alleged criminal wrongdoing.  All of these are proffered objectives of the Select Committee are devoid of any legislative purpose.

      6.    **Violation of Constitutional Rights**.  Mr. Budowich objects to each Request as violating his constitutional rights, including but not limited to: his First Amendment Right to freedom of speech; his First Amendment Right of freedom to assemble; his Fourth Amendment Right to be free of unreasonable searches and seizures; his Fourth Amendment Right that warrants be issued only upon a finding of probable cause; his Fifth Amendment Right to due process of law.

      7.    **Violation of Separation of Powers**.  Mr. Budowich objects to each Request as violating the Separation of Powers doctrine.

## SPECIFIC REQUESTS

Mr. Budowich responds to the Select Committee's specific Requests as follows:

      1.    For the time period December 19, 2020, to January 31, 2021, all documents and communications concerning the rally Women for America First held on the Ellipse in Washington, D.C. on January 6, 2021, at which President Donald Trump and others spoke (the "Ellipse Rally"), to include but not limited to any documents and communications concerning advertising, fundraising, and the transfer or expenditure of funds in support of the Ellipse Rally.

      **RESPONSE:  Mr. Budowich reasserts each of his general objections.  Mr. Budowich further objects to this request as overbroad, unduly burdensome, oppressive, and not reasonably calculated to further a valid legislative purpose ancillary to legislative authority.  Subject to, without waiving, and notwithstanding the foregoing objections, Mr. Budowich will produce all responsive documents in his possession, custody, or control.  Mr. Budowich reserves the right to supplement this response as more information becomes available.**

December 14, 2021
<u>Response to Subpoena dated November 22, 2021</u>
Taylor Budowich || Document Production

    2.    For the time period December 19, 2020, to January 31, 2021, documents sufficient to identify all financial accounts ("Financial Accounts") for which you were the direct or indirect beneficial owner, or over which you exercised control, and:

        a.    Into which funds were transferred or deposited to compensate or reimburse you for your work in connection with the Ellipse Rally;

        b.    From which funds were transferred or withdrawn for any purpose in connection with the Ellipse Rally; or

        c.    Into which funds were transferred or deposited as a donation or otherwise to support the Ellipse Rally.

    **RESPONSE:  Mr. Budowich reasserts each of his general objections.  Mr. Budowich further objects to this request as overbroad, unduly burdensome, oppressive, and not reasonably calculated to further a valid legislative purpose ancillary to legislative authority.  Subject to, without waiving, and notwithstanding the foregoing objections, Mr. Budowich will produce all responsive documents in his possession, custody, or control.  Mr. Budowich reserves the right to supplement this response as more information becomes available.**

    3.    For each Financial Account identified in response to Request 3 above, documents sufficient to identify all account transactions for the time period December 19, 2020, to January 31, 2021, in connection with the Ellipse Rally.

    **RESPONSE:  Mr. Budowich reasserts each of his general objections.  Mr. Budowich further objects to this request as overbroad, unduly burdensome, oppressive, and not reasonably calculated to further a valid legislative purpose ancillary to legislative authority.  Subject to, without waiving, and notwithstanding the foregoing objections, Mr. Budowich will produce all responsive documents in his possession, custody, or control.  Mr. Budowich reserves the right to supplement this response as more information becomes available.**

    4.    For the time period January 6 to 31, 2021, all documents and communications related to the January 6, 2021, attack on the U.S. Capitol ("Capitol Attack").

    **RESPONSE:  Mr. Budowich has no documents in his possession, custody, or control that are responsive to this Request.**

    5.    For the time period December 19, 2020, to January 6, 2021, all communications with President Trump, his family members, advisors, White House staff, or staff with Donald J. Trump for President, Inc., concerning allegations of fraud in the 2020 Presidential election, efforts to challenge or overturn the results of the 2020 election, or any of the facts and circumstances of the topics that are the subject of any of the above requests.

    **RESPONSE:  Mr. Budowich reasserts each of his general objections.  Mr. Budowich further objects to this request as overbroad, unduly burdensome, oppressive, and not reasonably**

December 14, 2021
Response to Subpoena dated November 22, 2021
Taylor Budowich || Document Production

**calculated to further a valid legislative purpose ancillary to legislative authority. Subject to, without waiving, and notwithstanding the foregoing objections, Mr. Budowich will produce all responsive documents in his possession, custody, or control. Mr. Budowich reserves the right to supplement this response as more information becomes available.**

6. For the time period December 19, 2020, to January 6, 2021, all communications with Members or Members-elect of Congress, their advisors, campaign staffs, or congressional staffs concerning allegations of fraud in the 2020 Presidential election, efforts to challenge or overturn the results of the 2020 election, or any of the facts and circumstances of the topics that are the subject of any of the above requests.

**RESPONSE: Mr. Budowich has no documents in his possession, custody, or control that are responsive to this Request.**

7. To the extent not covered by the above requests, for the time period January 6, 2021, to present, all documents and communications whenever dated provided to any law enforcement agency, including but not limited to the U.S. Department of Justice and the Federal Bureau of Investigation, concerning the facts and circumstances of the topics that are the subject of any of the above requests.

**RESPONSE: Mr. Budowich has no documents in his possession, custody, or control that are responsive to this Request.**

8. For the time period January 6, 2021, to present, all correspondence or communications whenever dated from or to any law enforcement agency, including but not limited to the U.S. Department of Justice and the Federal Bureau of Investigation, concerning the facts and circumstances of the topics that are the subject of any of the above requests.

**RESPONSE: Mr. Budowich has no documents in his possession, custody, or control that are responsive to this Request.**

Mr. Budowich is producing 391 documents bates labeled BUDO-00001 through BUDO-01580. Instructions for accessing the document production will be sent via separate correspondence. Three emails (BUDO-1567-68, BUDO-01576, and BUDO-01577-78) contain redactions of attorney-client communications, as Mr. Budowich forwarded those emails to counsel. All other redactions are of bank account information.

Thank you for your time and consideration in this matter.

    Respectfully,

    ABEL BEAN LAW P.A.

    */s/ Daniel K. Bean*
    DANIEL K. BEAN, ESQ.



Daniel K. Bean, Esq.
dbean@abelbeanlaw.com

December 17, 2021

**VIA ELECTRONIC MAIL**

Chairman Bennie G. Thompson
c/o Sean P. Tonolli
Select Committee to Investigate the
January 6th Attack on the United States Capitol
U.S. House of Representatives
Washington, D.C. 20515
Email:  Sean.Tonolli@mail.house.gov

      RE:    **Response to Subpoena dated November 22, 2021**
                  **Taylor Budowich || Supplemental Document Production**

Dear Chairman Thompson:

      As you know, our Firm represents Taylor Budowich in connection with the proceedings conducted by the "Select Committee to Investigate the January 6th Attack on the United States Capitol" (hereinafter the "Select Committee"), including the subpoena the Select Committee issued, dated November 22, 2021, for production of documents and things

      On December 14, 2021, our Firm produced documents and things responsive to the Select Committee subpoena, subject to general and specific objections as stated in our correspondence of the same date.  We write to supplement that production by Mr. Budowich, and in doing so, expressly incorporate herein by reference the general and specific objections provided in our original written responses.

      Mr. Budowich is producing forty-nine (49) documents bates labeled BUDO-01581 through BUDO-01737. Instructions for accessing the document production will be sent via separate correspondence.  Thank you for your time and consideration in this matter.

                                                      Respectfully,

                                                      ABEL BEAN LAW P.A.

                                                      DANIEL K. BEAN, ESQ.

**Abel Bean Law, P.A.**

www.abelbeanlaw.com                                                                 100 North Laura Street, Suite 501
                                                                                                 Jacksonville, FL  32202
                                                                                                    Phone: 904.944.4100