# EXHIBIT E



**ABL**
**Abel Bean Law**

Jared J. Burns, Esq.
jburns@abelbeanlaw.com

December 16, 2021

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

JP Morgan Chase Legal Department
480 Washington Boulevard FL 23
Jersey City, NJ 07310-2053

      **Re:  Taylor Budowich Bank Records Subpoena**

Dear Sir/Madam:

      This law firm represents Taylor Budowich. Mr. Budowich is a JP Morgan Chase banking customer both as an individual and as a signatory on a business account.   The accounts that Mr. Budowich holds are account # ███ 5685 and as a signatory for Conservative Strategies, Inc. with account # 1███ 6101.

      Mr. Budowich has been made aware that Congress may subpoena his banking records.  This letter is to inform JP Morgan Chase that Mr. Budowich objects to JP Morgan Chase disclosing his customer/banking records to Congress without a warrant.

      Additionally, Mr. Budowich requests that notification be sent to him and this law firm immediately upon a receipt of a subpoena for his banking records.  Should you have any questions concerning this letter, please do not hesitate to contact me.

      Very truly yours,

      ABEL BEAN LAW P.A.

      Jared J. Burns

**Abel Bean Law, P.A.**

www.abelbeanlaw.com

100 North Laura Street, Suite 501
Jacksonville, FL  32202
Phone: 904.944.4110

## Electronic Delivery Confirmation™



**USPS CERTIFIED MAIL™**

Susan Schafer
100 N LAURA ST STE 501
JACKSONVILLE FL 32202-3635

**$6.13    US POSTAGE**
**FIRST-CLASS**
Dec 16 2021
Mailed from ZIP 32202
1 oz First-Class Mail Letter

11923275



stamps
endicia

062S0012913542

**USPS CERTIFIED MAIL**

9414 8118 9876 5845 5258 97

JP Morgan Chase
Legal Department
480 WASHINGTON BLVD FL 23
JERSEY CITY NJ 07310-2053

| Reference | |
|---|---|
| USPS # | 9414811898765845525897 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered at 5:41 am on December 22, 2021 in JERSEY CITY, NJ 07303. |
| USPS History | Available for Pickup, 12/20/2021, 4:18 pm, JERSEY CITY, NJ 07302 |
| | Out for Delivery, 12/20/2021, 2:05 pm, JERSEY CITY, NJ 07310 |
| | Arrived at Post Office, 12/20/2021, 1:54 pm, JERSEY CITY, NJ 07302 |
| | Departed USPS Regional Destination Facility, 12/19/2021, 9:13 pm, KEARNY NJ DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 12/19/2021, 5:26 pm, KEARNY NJ DISTRIBUTION CENTER |
| | Departed USPS Regional Facility, December 18, 2021, 10:03 am, JACKSONVILLE FL DISTRIBUTION CENTER |
| | Arrived at USPS Regional Origin Facility, 12/18/2021, 2:36 am, JACKSONVILLE FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, December 18, 2021, 1:21 am, JACKSONVILLE, FL 32202 |
| | Shipping Label Created, USPS Awaiting Item, December 16, 2021, 8:17 pm, JACKSONVILLE, FL 32202 |

**Electronic Delivery Confirmation Report © 2021 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2021** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
Date Verified: 12/22/2021 06:58:43 (UTC)