# EXHIBIT F

# JPMorgan Chase & Co.

Doressia L. Hutton
Vice President
Assistant General Counsel
Litigation Department

December 21, 2021

**Via Overnight Delivery**
Taylor A. Budowich
1924 Manchester Road
Sacramento, CA 95815

**Re: Subpoena House Select Committee to Investigate the January 6th Attack on the United States Capitol**

Dear Mr. Budowich:

J.P. Morgan Chase Bank, N.A. received a subpoena regarding the matter cited above concerning a request for information involving you and/or your accounts. This is merely a notification.

As required, J.P. Morgan Chase Bank, N.A. will comply with this subpoena in a timely manner unless it receives documentation legally obligating it to stop taking such steps. Should you wish to send this documentation for our review, please email it to us at Doressia.Hutton@jpmchase.com no later than December 24, 2021 at 5:00 p.m. EST.

If you have legal representation, please provide them with a copy of this letter. Please note that we cannot provide you with legal counsel.

Should you have any questions or would like us to send you a copy of the subpoena, please contact the House Select Committee to Investigate the January 6th Attack on the United States Capitol.

Very truly yours,

/s/ Doressia L. Hutton

JPMorgan Chase & Co. • 10 S. Dearborn Street, Chicago, IL 60603
312-841-4750 Doressia.Hutton@jpmchase.com



# TRACK ANOTHER SHIPMENT

287866348245
ADD NICKNAME

## Delivered
Wednesday, 12/22/2021 at 2:31 pm

**DELIVERED**
Signature not required

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

**FROM**                                                    **TO**
Chicago, IL US                                              Sacramento, CA US

MANAGE DELIVERY

## Travel History

**TIME ZONE**
Local Scan Time

**Wednesday, December 22, 2021**

| | | |
|---|---|---|
| 2:31 PM | Sacramento, CA | Delivered / Package delivered to recipient address - release authorized |
| 10:10 AM | SACRAMENTO, CA | On FedEx vehicle for delivery |
| 9:09 AM | SACRAMENTO, CA | At local FedEx facility |
| 7:22 AM | SACRAMENTO, CA | At destination sort facility |
| 5:16 AM | MEMPHIS, TN | Departed FedEx hub |

**Tuesday, December 21, 2021**

| | | |
|---|---|---|
| 11:15 PM | MEMPHIS, TN | Arrived at FedEx hub |
| 8:04 PM | CHICAGO, IL | Left FedEx origin facility |
| 3:00 PM | CHICAGO, IL | Picked up |

| Monday, December 20, 2021 | | |
|---|---|---|
| 2:33 PM | | Shipment information sent to FedEx |

Collapse History

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 287866348245 | FedEx Standard Overnight | 0.5 lbs / 0.23 kgs |
| **DIMENSIONS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1x1x1 in. | Residence | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
| 0.5 lbs / 0.23 kgs | Shipper | 030653 |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **SHIP DATE** |
| FedEx Envelope | Deliver Weekday, Residential Delivery | 12/21/21 |
| **STANDARD TRANSIT** | **ACTUAL DELIVERY** | |
| 12/22/21 before 8:00 pm | 12/22/21 at 2:31 pm | |