# EXHIBIT G

| | |
|---|---|
| **From:** | Hutton, Doressia |
| **To:** | Jared Burns |
| **Cc:** | Daniel K Bean; Christopher Dempsey; Melinda Higby |
| **Subject:** | RE: Congressional Committee Subpoena - T. Budowich |
| **Date:** | Thursday, December 23, 2021 9:51:37 PM |

Dear Mr. Burns:

Thank you for your email. What time(s) tomorrow are you available to discuss? JPMC needs to understand how much of an extension you are seeking and the legal basis for your objection. Additionally, your email states "fails to provide Mr. Budowich with meaningful notice, as required by law," kindly advise to which law(s) you are referring. Lastly, we need to understand the basis for your position that JPMC can provide you with a copy of the subpoena.

I look forward to speaking with you tomorrow.

Thank you,

**Doressia L. Hutton** she/her
Vice President, Assistant General Counsel | Government Investigations & Regulatory Enforcement | JPMorgan Chase & Co. | ✉10 S. Dearborn Street, Chicago, IL | ☎ O: 312-325-3743; C: 312-841-4750

---

**From:** Jared Burns <jburns@AbelBeanLaw.com>
**Sent:** Thursday, December 23, 2021 7:51 PM
**To:** Hutton, Doressia (Legal, USA) <doressia.hutton@jpmchase.com>
**Cc:** Daniel K Bean <DBean@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Melinda Higby <mhigby@AbelBeanLaw.com>
**Subject:** Congressional Committee Subpoena - T. Budowich

Good evening Ms. Hutton:

This law firm represents Taylor Budowich. Today, Mr. Budowich received a letter from you (attached) stating that the House Select Committee to Investigate the January 6th Attack on the United States Capitol had subpoenaed Mr. Budowich's financial records from JPMorgan Chase & Co. On December 16, 2021, this firm sent the attached letter objecting to any disclosure of Mr. Budowich's records. Mr. Budowich requests that a copy of the subpoena be sent to him immediately. Further, J.P.Morgan Chase & Co.'s arbitrary deadline must be extended. Sending a letter on December 21, 2021 and then demanding "documentation" "legally obligating [J.P.Morgan] to stop taking such steps" by December 24, 2021 is inherently unreasonable and fails to provide Mr. Budowich with meaningful notice, as required by law. Moreover, Mr. Budowich requests copies of any records that J.P.Morgan intends to disclose.

Mr. Budowich reserves all of his rights and will enforce his rights to the fullest

extent under federal and California law. We look forward to hearing from you.

Respectfully,

Jared



**Jared J. Burns | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL  32202

O: 904.944.4110

jburns@abelbeanlaw.com | www.abelbeanlaw.com


This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.