# EXHIBIT I

| | |
|---|---|
| **From:** | Daniel K Bean |
| **To:** | Hutton, Doressia |
| **Cc:** | Christopher Dempsey; Melinda Higby; Jared Burns |
| **Subject:** | RE: Congressional Committee Subpoena - T. Budowich |
| **Date:** | Friday, December 24, 2021 1:13:07 PM |
| **Attachments:** | How We Do Business.pdf |

Ms. Hutton,

Thank you and your teammate again for your time today.

After our phone conversation this morning, we sent a written request to the Committee's counsel for an extension for JP Morgan to respond to the Committee's unlawful subpoena.

We followed that with a telephone call an hour later.

We have not received a response to either transmission.

We note within the Right to Financial Privacy Act, Title 12 United States Code, Sections 3401-22, that an individual is entitled to notice, absent certain exceptions not applicable here, from the government of the government's intent to request financial documents. Neither our client nor his lawyers, received such notice from the government.

Having not received a copy of the subpoena, we have no choice but to file today, to a courthouse we all know is closed for the Holiday, a petition for declaratory relief.

Knowing that our client intends to exercise his legal rights in court, we ask that you also consider whether JP Morgan wants to be complicit in preventing its customer, who it promised to treat with equity and fairness (see attached), from having his day in court.

We request again that JP Morgan delay its response to the subpoena to permit Mr. Budowich to seek relief from the Court. Should JP Morgan proceed to produce Mr. Budowich's and his company's financial records, he will view that as willful or intentional in accordance with Section 3417 of the aforementioned statute. Mr. Budowich reserves all rights.

Respectfully,

D. K. Bean



**Daniel K. Bean | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

**From:** Hutton, Doressia <doressia.hutton@jpmchase.com>
**Sent:** Thursday, December 23, 2021 9:51 PM
**To:** Jared Burns <jburns@AbelBeanLaw.com>
**Cc:** Daniel K Bean <DBean@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Melinda Higby <mhigby@AbelBeanLaw.com>
**Subject:** RE: Congressional Committee Subpoena - T. Budowich

Dear Mr. Burns:

Thank you for your email. What time(s) tomorrow are you available to discuss? JPMC needs to understand how much of an extension you are seeking and the legal basis for your objection. Additionally, your email states "fails to provide Mr. Budowich with meaningful notice, as required by law," kindly advise to which law(s) you are referring. Lastly, we need to understand the basis for your position that JPMC can provide you with a copy of the subpoena.

I look forward to speaking with you tomorrow.

Thank you,

**Doressia L. Hutton** she/her
Vice President, Assistant General Counsel | Government Investigations & Regulatory Enforcement | JPMorgan Chase & Co. | 10 S. Dearborn Street, Chicago, IL | ☎ O: 312-325-3743; C: 312-841-4750

**From:** Jared Burns <jburns@AbelBeanLaw.com>
**Sent:** Thursday, December 23, 2021 7:51 PM
**To:** Hutton, Doressia (Legal, USA) <doressia.hutton@jpmchase.com>
**Cc:** Daniel K Bean <DBean@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>; Melinda Higby <mhigby@AbelBeanLaw.com>
**Subject:** Congressional Committee Subpoena - T. Budowich

Good evening Ms. Hutton:

This law firm represents Taylor Budowich. Today, Mr. Budowich received a letter from you (attached) stating that the House Select Committee to Investigate the

January 6th Attack on the United States Capitol had subpoenaed Mr. Budowich's financial records from JPMorgan Chase & Co. On December 16, 2021, this firm sent the attached letter objecting to any disclosure of Mr. Budowich's records. Mr. Budowich requests that a copy of the subpoena be sent to him immediately. Further, J.P.Morgan Chase & Co.'s arbitrary deadline must be extended. Sending a letter on December 21, 2021 and then demanding "documentation" "legally obligating [J.P.Morgan] to stop taking such steps" by December 24, 2021 is inherently unreasonable and fails to provide Mr. Budowich with meaningful notice, as required by law. Moreover, Mr. Budowich requests copies of any records that J.P.Morgan intends to disclose.

Mr. Budowich reserves all of his rights and will enforce his rights to the fullest extent under federal and California law. We look forward to hearing from you.

Respectfully,

Jared


**Jared J. Burns | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4110

jburns@abelbeanlaw.com | www.abelbeanlaw.com


This message is confidential and subject to terms at:
https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.