# EXHIBIT L



# Branches of the U.S. Government

Learn about the executive, legislative, and judicial branches of the U.S. government.

**On This Page**

- How the U.S. Government Is Organized
- Legislative Branch of the U.S. Government
- Executive Branch of the U.S. Government
- Judicial Branch of the U.S. Government
- Infographic: How the Supreme Court Works

## How the U.S. Government Is Organized

The Constitution of the United States divides the federal government into three branches to make sure no individual or group will have too much power:

- Legislative—Makes laws (Congress, comprised of the House of Representatives and Senate)
- Executive—Carries out laws (president, vice president, Cabinet, most federal agencies)
- Judicial—Evaluates laws (Supreme Court and other courts)

Each branch of government can change acts of the other branches:

- The president can veto legislation created by Congress and nominates heads of federal agencies.

 Top

- Congress confirms or rejects the president's nominees and can remove the president from office in exceptional circumstances.

- The Justices of the Supreme Court, who can overturn unconstitutional laws, are nominated by the president and confirmed by the Senate.

This ability of each branch to respond to the actions of the other branches is called the system of checks and balances.

# Legislative Branch of the U.S. Government

The legislative branch drafts proposed laws, confirms or rejects presidential nominations for heads of federal agencies, federal judges, and the Supreme Court, and has the authority to declare war. This branch includes Congress (the Senate and House of Representatives) and special agencies and offices that provide support services to Congress. American citizens have the right to vote for Senators and Representatives through free, confidential ballots.

## Congress

Congress is composed of two parts:

- Senate—There are two elected Senators per state, totaling 100 Senators. A Senate term is six years and there is no limit to the number of terms an individual can serve.

- House of Representatives—There are 435 elected Representatives, which are divided among the 50 states in proportion to their total population. There are additional non-voting delegates who represent the District of Columbia and the territories. A Representative serves a two-year term, and there is no limit to the number of terms an individual can serve.

## Legislative Branch Agencies

 Top

The legislative branch includes Congress and the agencies that support its work.

- Architect of the Capitol

- Congressional Budget Office
- Congressional Research Service
- Copyright Office
- Government Accountability Office
- Government Publishing Office
- House Office of Inspector General
- House Office of the Clerk
- Joint Congressional Committee on Inaugural Ceremonies
- Library of Congress
- Medicaid and CHIP Payment and Access Commission
- Medicare Payment Advisory Commission
- Office of Compliance
- Open World Leadership Center
- Stennis Center for Public Service
- U.S. Botanic Garden
- U.S. Capitol Police
- U.S. Capitol Visitor Center
- U.S. House of Representatives
- U.S. Senate

 Top