UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 1:21-cv-03366-JEB ) |
| NANCY PELOSI, *et al.*, | ) ) |
| Defendants. | ) ) |

**MOTION TO APPEAR *PRO HAC VICE***
**(JARED J. BURNS)**

In accordance with LCvR 83.2, counsel for Plaintiffs in the above-captioned matter respectfully moves this Court for the *pro hac vice* admission of Jared J. Burns in this action, and in support thereof, states as follow:

1. Jared J. Burns is an associate at the law firm of Abel Bean Law, P.A., whose office is located at 100 N. Laura Street, Suite 501, Jacksonville, Florida 32202, and his telephone number is (904) 944-4100. See Certification of Jared J. Burns (attached hereto as **Exhibit A**) at ¶ 1.

2. Mr. Burns is a member in good standing the Bar of the State of Florida, and is also admitted to the United States District Court for the Middle District of Florida. Id. at ¶ 2.

3. Mr. Burns has not been denied admission nor has he been disciplined by any court. Id. at ¶ 4.

4. Plaintiffs have retained Abel Bean Law, P.A., and have requested that Jared J. Burns represent them in this matter. Id. at ¶ 5.

5. Mr. Burns has not been admitted *pro hac vice* in this Court within the last two years. Id. at ¶ 6.

6.	Plaintiffs respectfully request the instant Motion be granted so that Mr. Burns may attend and participate in all matters on behalf of Plaintiffs and otherwise engage in pre-trial, trial, and post-trial proceedings in connection with this litigation.

7.	This Motion is made by Christopher W. Dempsey, who is a member in good standing of this Bar.

WHEREFORE, counsel for Plaintiffs respectfully requests that this Court enter an Order granting the instant Motion and admitting Jared J. Burns *pro hac vice* for the purpose of representing Plaintiffs in this matter.

Date: January 5, 2022					Respectfully submitted,

							**ABEL BEAN LAW, P.A.**

							*s/ Christopher W. Dempsey*
							CHRISTOPHER W. DEMPSEY
							D.D.C. Bar No.: AR0006
							DANIEL K. BEAN
							100 N Laura Street, Suite 501
							Jacksonville, Florida 32202
							Telephone: (904) 944-4100
							Fax: (904) 944-4122
							Email: cdempsey@abelbeanlaw.com
							dbean@abelbeanlaw.com

							*Attorneys for Plaintiffs*