# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 1:21-cv-03366-JEB |
| NANCY PELOSI, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION OF JARED J. BURNS

1. I am an associate at Abel Bean Law, P.A. My office is located at 100 N. Laura Street, Suite 501, Jacksonville, Florida 32202, and my telephone number is (904) 944-4100.

2. I am a member in good standing the Bar of the State of Florida and am also admitted to the United States District Court for the Middle District of Florida.

3. I have not engaged in the practice of law from an office in this jurisdiction. I am not a member of the Bar of this jurisdiction, nor do I have an application for membership in the Bar of this jurisdiction pending.

4. I have not been denied admission nor have I been disciplined by any court.

5. Plaintiffs have retained Abel Bean Law, P.A., and have requested that I represent them in this matter.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 5, 2022               Respectfully submitted,

_____
JARED J. BURNS