UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>      Plaintiffs,<br><br>vs.<br><br>NANCY PELOSI, *et al.*,<br><br>      Defendants. | Case No. 1:21-cv-03366-JEB |

## [PROPOSED] ORDER ON MOTION TO APPEAR *PRO HACE VICE*
### (JARED J. BURNS)

Upon the Motion to Appear *Pro Hac Vice* filed by counsel for Plaintiffs (Dkt. No.15), and for good cause shown, it is hereby:

ORDERED that Motion to Appear *Pro Hac Vice* is GRANTED and further ORDERED that Jared J. Burns shall be admitted *pro hac vice* for the purpose of representing Plaintiffs in the above-captioned matter.

Date: _____         _____
                                                                                 HONORABLE JAMES E. BOASBERG
                                                                                 United States District Judge