## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:21-cv-03366-JEB |
| ) | |
| NANCY PELOSI, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

I, Jared J. Burns, hereby enter my appearance as counsel in the above-captioned case for Plaintiffs Taylor Budowich and Conservative Strategies, Inc. ("Plaintiffs"). Please include me on all future notices in this matter.

Respectfully submitted,

**/s/ Jared J. Burns**
JARED J. BURNS
FL Bar ID: 1003415
CHRISTOPHER W. DEMPSEY
D.D.C. Bar ID: AR0006
ABEL BEAN LAW, P.A.
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone: (904) 944-4100
Fax: (904) 944-4122
Email: jburns@abelbeanlaw.com