# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NANCY PELOSI, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-03366-JEB |

## PROOF OF SERVICE
## AS TO UNITED STATES ATTORNEY'S OFFICE

I, Christopher W. Dempsey, attorney of record for Plaintiffs, hereby certify that copies of the Complaint and Summons were served on the Select Committee Defendants via the United States Attorney's Office in accordance with FED. R. CIV. P. 4(i) via U.S. Postal Service Certified Mail with Return Receipt Requested, and that said service of process was complete as of January 4, 2022. See USPS Certified Mail Return Receipt & Recipient Signature (attached as **Exhibit A**). Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Date: January 11, 2022

Respectfully submitted,

**ABEL BEAN LAW, P.A.**

**s/ Christopher W. Dempsey**
CHRISTOPHER W. DEMPSEY
D.D.C. Bar ID: AR0006
DANIEL K. BEAN
JARED J. BURNS
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone: (904) 944-4100
Fax: (904) 944-4122
Email: cdempsey@abelbeanlaw.com

*Attorneys for Plaintiffs*