# EXHIBIT A

## Electronic Delivery Confirmation™




Susan Schafer
100 N LAURA ST STE 501
JACKSONVILLE FL 32202-3635

**USPS CERTIFIED MAIL**

9414 8118 9876 5842 8624 90

$8.56   US POSTAGE
FIRST-CLASS
Dec 30 2021
Mailed from ZIP 32202
10 oz First-Class Mail Flats Rate

11923275

062S0012913542

United States Attorneys Office
For the District of Columbia
555 4TH ST NW
WASHINGTON DC 20001-2733

| | |
|---|---|
| Reference | |
| USPS # | 9414811898765842862490 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 7:36 am on January 4, 2022 in WASHINGTON, DC 20001. |
| USPS History | Delivery Attempted - No Access to Delivery Location, 01/03/2022, 12:16 pm, WASHINGTON, DC 20001 |
| | In Transit to Next Facility, 01/02/2022 |
| | Departed USPS Regional Destination Facility, 01/01/2022, 6:02 pm, WASHINGTON DC DISTRIBUTION CENTER |
| | Arrived at USPS Regional Destination Facility, 01/01/2022, 12:26 pm, WASHINGTON DC DISTRIBUTION CENTER |
| | In Transit to Next Facility, 12/31/2021 |
| | Departed USPS Regional Origin Facility, December 30, 2021, 11:20 pm, JACKSONVILLE FL DISTRIBUTION CENTER |
| | Arrived at USPS Regional Origin Facility, 12/30/2021, 10:54 pm, JACKSONVILLE FL DISTRIBUTION CENTER |
| | Accepted at USPS Origin Facility, December 30, 2021, 9:39 pm, JACKSONVILLE, FL 32202 |
| | Shipping Label Created, USPS Awaiting Item, December 30, 2021, 4:27 pm, JACKSONVILLE, FL 32202 |

**Electronic Delivery Confirmation Report © 2022** Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2022** Certified Mail Envelopes, Inc.   www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 01/05/2022 00:39:15 (UTC)**



January 4, 2022

Dear Reference  USPS Certified Mail:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5842 8624 90**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 4, 2022, 7:36 am |
| **Location:** | WASHINGTON, DC 20001 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004