UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:21-cv-03366-JEB |
| ) | |
| NANCY PELOSI, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROOF OF SERVICE**
**AS TO UNITED STATES ATTORNEY GENERAL**

I, Christopher W. Dempsey, attorney of record for Plaintiffs, hereby certify that copies of the Complaint and Summons were served on the Select Committee Defendants via the United States Attorney General in accordance with FED. R. CIV. P. 4(i) via U.S. Postal Service Certified Mail with Return Receipt Requested, and that said service of process was complete as of January 10, 2022.  See USPS Certified Mail Return Receipt & Recipient Signature (attached as **Exhibit A**).  Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Date:  January 11, 2022

Respectfully submitted,

**ABEL BEAN LAW, P.A.**

**s/ Christopher W. Dempsey**
CHRISTOPHER W. DEMPSEY
D.D.C. Bar ID:  AR0006
DANIEL K. BEAN
JARED J. BURNS
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone:  (904) 944-4100
Fax:  (904) 944-4122
Email: cdempsey@abelbeanlaw.com

*Attorneys for Plaintiffs*