# EXHIBIT A

## Electronic Delivery Confirmation™



Susan Schafer
100 N LAURA ST STE 501
JACKSONVILLE FL 32202-3635

**USPS CERTIFIED MAIL**

9414 8118 9876 5842 8623 39

United States Attorney General
U.S. Department of Justice
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

$8.56   US POSTAGE
FIRST-CLASS
Dec 30 2021
Mailed from ZIP 32202
10 oz First-Class Mail Flats Rate

11923275



062S0012913542

| | |
|---|---|
| Reference | |
| USPS # | 9414811898765842862339 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered at 4:51 am on January 10, 2022 in WASHINGTON, DC 20530. |
| USPS History | Available for Pickup, 01/07/2022, 3:05 pm, WASHINGTON, DC 20530
Arrived at Post Office, 01/07/2022, 1:38 pm, WASHINGTON, DC 20018
Shipping Label Created, USPS Awaiting Item, December 30, 2021, 4:25 pm, JACKSONVILLE, FL 32202 |

**Electronic Delivery Confirmation Report © 2022 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2022** Certified Mail Envelopes, Inc.   www.Certified-Mail-Labels.com  www.Certified-Mail-Envelopes.com
**Date Verified: 01/10/2022 06:21:16 (UTC)**



January 10, 2022

Dear Reference  USPS Certified Mail:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5842 8623 39**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | January 10, 2022, 4:51 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| **Shipment Details** | |
| Weight: | 10.0oz |
| **Recipient Signature** | |

Signature of Recipient: *[signature: Elliott L. Anderson]*

Address of Recipient: *[20530 - Justice]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004