UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>NANCY PELOSI, *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-03366-JEB |

NOTICE OF APPEARANCE

I, Justin M. Sher, hereby enter my appearance as counsel in the above-captioned case for Defendants the Honorable Nancy Pelosi, Speaker of the U.S. House of Representatives, the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, the Honorable Bennie G. Thompson, as Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, and the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, and the Honorable Adam D. Kinzinger, Members of the United States House of Representatives. Please send all future notices in this matter to me and other appearing counsel.

              Respectfully submitted,

              */s/ Justin M. Sher*
              Justin M. Sher
              Sher Tremonte LLP
              90 Broad Street, 23rd Floor
              New York, New York 10004
              212-202-2600
              jsher@shertremonte.com

January 12, 2022