UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>                         Plaintiffs,<br><br>     v.<br><br>NANCY PELOSI, *et al.*,<br><br>                         Defendants. | Case No. 1:21-cv-03366-JEB |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul J. Fishman on behalf of Defendants the Honorable Nancy Pelosi, Speaker of the U.S. House of Representatives, the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, the Honorable Bennie G. Thompson, as Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, and the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, and the Honorable Adam D. Kinzinger, Members of the United States House of Representatives.

Date: January 12, 2022

                                                            Respectfully submitted,

                                                            */s/ Paul J. Fishman*
                                                            Paul J. Fishman (Bar ID 449014)
                                                            ARNOLD & PORTER KAYE SCHOLER LLP
                                                            One Gateway Center, Suite 1025
                                                            Newark, NJ  07102
                                                            (973) 776-1900
                                                            Paul.Fishman@arnoldporter.com