UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NANCY PELOSI, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-03366-JEB |

## NOTICE OF APPEARANCE

Please enter the appearance of Amy Jeffress on behalf of Defendants the Honorable Nancy Pelosi, Speaker of the U.S. House of Representatives, the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, the Honorable Bennie G. Thompson, as Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, and the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, and the Honorable Adam D. Kinzinger, Members of the United States House of Representatives.

Date: January 12, 2022　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Amy Jeffress*
　　　　　　　　　　　　　　　　　　　　　　Amy Jeffress (D.C. Bar No. 449258)
　　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　　(202) 942-5000
　　　　　　　　　　　　　　　　　　　　　　Amy.Jeffress@arnoldporter.com