IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAYLOR BUDOWICH, *et al.*,

          *Plaintiffs*,

v.

NANCY PELOSI, *et al.*,

          *Defendants*.

Case No. 1:21-cv-03366 (JEB)

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Amended Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction, and the Defendants' Opposition to Plaintiffs' Amended Emergency Motion for a Temporary Restraining Order, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion is **DENIED.**

**SO ORDERED.**

Dated: _____

                                              THE HONORABLE JAMES E. BOASBERG
                                              United States District Judge