UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NANCY PELOSI, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-03366-JEB |

**STIPULATION AS TO SERVICE AND**
**RESPONSIVE PLEADING DEADLINE**

It is stipulated by and amongst the undersigned parties, by and through their respective attorneys, that Defendants Nancy Pelosi; Bennie G. Thompson; Elizabeth L. Cheney; Adam B. Schiff; Jamie B. Raskin; Susan E. Lofgren; Elaine G. Luria; Peter R. Aguilar; Stephanie Murphy; Adam D. Kinzinger; and the Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, "House Defendants") will file their responsive pleading to the Complaint on or by March 7, 2022, unless otherwise extended by Order of the Court.  Defendant J.P. Morgan Chase Bank, N.A. waived service in the above-captioned matter and will also file its responsive pleading to the Complaint on or by March 7, 2022, unless otherwise extended by Order of the Court.

This stipulation is entered into without prejudice and without waiver of any Defendants' defenses, objections, or arguments in this matter, except as to sufficiency of service of process.

Dated: January 18, 2022         Respectfully submitted,

                                   ABEL BEAN LAW, P.A.

By:    /s/ Christopher W. Dempsey
        Christopher W. Dempsey
        Daniel K. Bean (*pro hac vice*)
        Jared J. Burns (*pro hac vice*)
        100 N. Laura Street, Suite 501
        Jacksonville, FL 32202
        Telephone: (904) 944-4100
        cdempsey@abelbeanlaw.com
        dbean@abelbeanlaw.com
        jburns@abelbeanlaw.com

*Counsel for Plaintiffs*

U.S. HOUSE OF REPRESENTATIVES

By:    /s/ Douglas Letter
        Douglas Letter
        Office of General Counsel
        219 Cannon House Office Building
        Washington, DC 20515
        Telephone: (202) 255-9700
        Douglas.letter@mail.house.gov

*Counsel for House Defendants*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    /s/ Loretta E. Lynch, Esq.
        Loretta E. Lynch (*pro hac vice*)
        Roberto J. Gonzalez (DC Bar No. 501406)
        2001 K Street, NW
        Washington, DC 20006-1047
        Telephone: (202) 223-7316
        lelynch@paulweiss.com
        rgonzalez@paulweiss.com

*Counsel for Defendant J.P. Morgan Chase, N.A.*