UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>                Plaintiffs,<br><br>     v.<br><br>NANCY PELOSI, *et al.*,<br><br>                Defendants. | Case No. 1:21-cv-03366-JEB |

**NOTICE OF APPEARANCE**

      I, Noam Biale, hereby enter my appearance as counsel in the above-captioned case for Defendants the Honorable Nancy Pelosi, Speaker of the U.S. House of Representatives, the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, the Honorable Bennie Thompson, as Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, and the Honorable Elizabeth Cheney, the Honorable Adam Schiff, the Honorable Jamie Raskin, the Honorable Susan Lofgren, the Honorable Elaine Luria, the Honorable Peter Aguilar, the Honorable Stephanie Murphy, and the Honorable Adam Kinzinger, Members of the United States House of Representatives. Please send all future notices in this matter to me and other appearing counsel.

                                                    Respectfully submitted,

*/s/ Noam Biale*
Noam Biale (NY Bar No. 5055694)
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
212-202-2600
nbiale@shertremonte.com
*Counsel for Defendants*[*]

February 7, 2022

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives and "any counsel specially retained by the Office of General Counsel" are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).