# EXHIBIT H

| | |
|---|---|
| **From:** | Daniel K Bean |
| **To:** | Tonolli, Sean |
| **Cc:** | Jared Burns; Christopher Dempsey |
| **Subject:** | Taylor Budowich |
| **Date:** | Friday, December 24, 2021 11:59:09 AM |

Sean,

Our client was notified yesterday by his financial institution (JP Morgan Chase) that the financial institution received a subpoena from the January 6th Committee for his and his company's financial records.  The Committee is apparently demanding the financial institution respond by 5:00 p.m. today (Friday) notwithstanding the financial institutions and courts are closed today.  We asked the financial institution for a copy of the subpoena so that we could understand the scope of the request, which we have not received.  Would you please provide us a copy of same so we can better understand the scope of the request to the financial institution? And would you please have the Committee extend the financial institution's deadline to respond to Monday, January 3, 2022 given the multiple days lost over the next week to the Holidays?

Best, dkb



**Daniel K. Bean  | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com