# EXHIBIT J

| | |
|---|---|
| **From:** | Aganga-Williams, Temidayo |
| **To:** | Daniel K Bean |
| **Cc:** | Wick, Amanda; Jared Burns; Christopher Dempsey |
| **Subject:** | RE: Taylor Budowich |
| **Date:** | Friday, December 24, 2021 3:49:41 PM |

Daniel,

We considered your request for an extension of the current deadline to JPMC, and we will not be extending today's deadline.

To provide further background, on November 23, 2021, JPMC accepted service of a subpoena concerning Mr. Budowich and Conservative Strategies Inc. JPMC's deadline to produce responsive documents was December 7, 2021.

Prior to the December 7 deadline, the Select Committee and JPMC had discussions regarding the applicability of the RFPA. The Select Committee indicated its position regarding the applicability of the RFPA to JPMC but made clear that it could not provide legal advice to JPMC as to how to proceed.

Further, the current December 24 deadline is a date that JPMC selected.

To the extent you have any further questions, please let us know.

Thank you

_____
**Temidayo Aganga-Williams**
Investigative Counsel
Select Committee to Investigate the January 6th Attack
on the United States Capitol
U.S. House of Representatives
202-924-6429 (cell)

---

**From:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Sent:** Friday, December 24, 2021 2:29 PM
**To:** Aganga-Williams, Temidayo <Temidayo.AgangaWilliams@mail.house.gov>
**Cc:** Wick, Amanda <Amanda.Wick@mail.house.gov>; Jared Burns <jburns@AbelBeanLaw.com>; Christopher Dempsey <cdempsey@AbelBeanLaw.com>
**Subject:** RE: Taylor Budowich

Thank you. dkb



**Daniel K. Bean  | Abel Bean Law P.A.**

100 N. Laura Street, Suite 501

Jacksonville, FL 32202

O: 904.944.4104

M: 904.887.4277

dbean@abelbeanlaw.com | www.abelbeanlaw.com

---

**From:** Aganga-Williams, Temidayo <Temidayo.AgangaWilliams@mail.house.gov>
**Sent:** Friday, December 24, 2021 2:08 PM
**To:** Daniel K Bean <DBean@AbelBeanLaw.com>
**Cc:** Wick, Amanda <Amanda.Wick@mail.house.gov>
**Subject:** Taylor Budowich

Daniel,

Good speaking with you.  Below is my contact information.

Thank you

_____
**Temidayo Aganga-Williams**
Investigative Counsel
Select Committee to Investigate the January 6th Attack
on the United States Capitol
U.S. House of Representatives
202-924-6429 (cell)