IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*<br><br>         Defendants. | No. 1:21-cv-03366 (JEB) |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO THE AMENDED COMPLAINT AND MOTION TO COMPEL NOTICE**

    WHEREAS, on December 24, 2021, the Plaintiffs Taylor Budowich and Conservative Strategies, Inc. (collectively, "Plaintiffs") in the above-captioned action, *Budowich v. Pelosi et al.*, No. 1:21-cv-03366 (JEB), filed a Complaint (Dkt. 1) asserting claims against Defendants Nancy Pelosi; Bennie G. Thompson; Elizabeth L. Cheney; Adam B. Schiff; Jamie B. Raskin; Susan E. Lofgren; Elaine G. Luria; Peter R. Aguilar; Stephanie Murphy; Adam D. Kinzinger; Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, "House Defendants"); and JPMorgan Chase Bank, N.A. ("JPMorgan") (collectively, "Defendants");

    WHEREAS, Plaintiffs filed an Amended Complaint against Defendants on February 18, 2022 (Dkt. 30);

    WHEREAS, Plaintiffs filed a Motion to Compel Notice against JPMorgan on February 18, 2022 (Dkt. 31);

    WHEREAS, the Parties stipulate that the deadline for all Defendants to respond to the Amended Complaint shall be extended to March 25, 2022; and

WHEREAS, Plaintiffs and JPMorgan stipulate that the deadline to respond to the Motion to Compel Notice shall also be March 25, 2022.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between attorneys for Plaintiffs and attorneys for Defendants, and subject to the approval of the Court, as follows:

1. Each Defendant shall respond to the Amended Complaint on or before March 25, 2022 at midnight Eastern Standard Time (the "Response Deadline").

2. JPMorgan shall move, oppose, or otherwise respond to the Motion to Compel Notice on or before March 25, 2022 at midnight Eastern Standard Time (the "MTC Response Deadline").

3. The Parties agree that the extensions to the Response Deadline and the MTC Response Deadline are without prejudice and without waiver of any argument, defense, or objection in this matter, except for sufficiency of service of process.

Dated: February 28, 2022

        ABEL BEAN LAW, P.A.

By:   /s/ Christopher W. Dempsey, Esq.
      Christopher W. Dempsey
      Daniel K. Bean (*pro hac vice*)
      Jared J. Burns (*pro hac vice*)
      100 N. Laura Street, Suite 501
      Jacksonville, FL 32202
      Telephone: (904) 944-4100
      cdempsey@abelbeanlaw.com
      dbean@abelbeanlaw.com
      jburns@abelbeanlaw.com

*Attorneys for Plaintiffs*

U.S. HOUSE OF REPRESENTATIVES

By:  /s/ Douglas Letter, Esq.
Douglas Letter
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
Telephone: (202) 255-9700
Douglas.letter@mail.house.gov

*Attorney for House Defendants*


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Loretta E. Lynch, Esq.
Loretta E. Lynch (*pro hac vice*)
Roberto J. Gonzalez (DC Bar No. 501406)
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7316
lelynch@paulweiss.com
rgonzalez@paulweiss.com

*Attorneys for Defendant J.P. Morgan Chase Bank, N.A.*


**SO ORDERED:**

Dated:

_____
HON. JAMES E. BOASBERG
United States District Judge

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on February 28, 2022, I caused to be electronically filed a copy of the foregoing Joint Stipulation and [Proposed] Order Regarding Time to Respond to the Amended Complaint and Motion to Compel Notice using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

By: /s/ Loretta E. Lynch
Loretta E. Lynch (*pro hac vice*)