UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> NANCY PELOSI, *et al*., <br><br> Defendants. | Case No. 1:21-cv-3366-JEB |

### CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol respectfully move for an order dismissing Plaintiffs' Amended Complaint (February 18, 2022) (ECF No. 30).  For the reasons set forth in the accompanying Memorandum of Points and Authorities, the Amended Complaint should be dismissed with prejudice.

A proposed order is attached.

Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*
TODD B. TATELMAN
  *Principal Deputy General Counsel*
ERIC R. COLUMBUS
  *Special Litigation Counsel*
MICHELLE S. KALLEN
  *Special Litigation Counsel*
STACIE M. FAHSEL
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte*
Noam Biale*
Maya Brodziak*
Kathryn E. Ghotbi*
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

ARNOLD & PORTER
John A. Freedman
Paul Fishman
Amy Jeffress

2

                601 Massachusetts Ave, NW
                Washington, D.C. 20001
                (202) 942-5000
                John.Freedman@arnoldporter.com
                Paul.Fishman@arnoldporter.com
                Amy.Jeffress@arnoldporter.com

March 25, 2022

---

\* Appearing pursuant to 2 U.S.C. § 5571(a).

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2022, I caused the foregoing Congressional Defendants' Motion to Dismiss and the accompanying Memorandum of Points and Authorities in Support to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
