IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAYLOR BUDOWICH, *et al.*,

                Plaintiffs,

        v.

NANCY PELOSI, *et al.*,

                Defendants.

Case No. 1:21-cv-03366-JEB

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Congressional Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Congressional Defendants' Motion is **GRANTED**;

and it is further

**ORDERED** that Plaintiffs' claims against the Congressional Defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____

                                      _____
                                      THE HONORABLE JAMES E. BOASBERG
                                      United States District Judge