# Exhibit A

Exhibit A, No. 1:21-cv-03366 (JEB)

**Shirley N. Weber, Ph.D.**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, March 23, 2022. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4678250   CONSERVATIVE STRATEGIES, INC.

| | |
|---|---|
| **Registration Date:** | 01/06/2021 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | TAYLOR BUDOWICH |
| | 2109 J STREET #202 |
| | SACRAMENTO CA 95816 |
| **Entity Address:** | 2109 J STREET #202 |
| | SACRAMENTO CA 95816 |
| **Entity Mailing Address:** | 2109 J STREET #202 |
| | SACRAMENTO CA 95816 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of January.

| Document Type ⬍ | File Date ⬇ | PDF |
|---|---|---|
| SI-COMPLETE | 01/03/2022 | |
| SI-COMPLETE | 12/27/2021 | |
| REGISTRATION | 01/06/2021 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**     **New Search**     **Back to Search Results**

Exhibit A, No. 1:21-cv-03366 (JEB)



**FILED**

Secretary of State
State of California

4678250

Filing Number

01/06/2021

Filing Date

**ARTICLES OF INCORPORATION**

**OF**

**CONSERVATIVE STRATEGIES, INC.**

I

The name of the Corporation is CONSERVATIVE STRATEGIES, INC.

II

The purpose of this Corporation is to engage in any lawful act or activity for

which a corporation may be organized under the General Corporation Law of California other

than the banking business, the trust company business or the practice of a profession permitted to

be incorporated by the California Corporations Code.

III

The name and address in this State of the Corporation's initial agent for service of

process is:

RONALD H. MELCHIN

50 IRON POINT CIRCLE, SUITE 115

FOLSOM, CA 95630

IV

The address of the Corporation is:

2100 21ST STREET

SACRAMENTO, CA 95818

V

This corporation is authorized to issue only one class of shares of stock; and the

1

Exhibit A, No. 1:21-cv-03366 (JEB)

total number of shares which this corporation is authorized to issue is 100,000.

## VI

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

## VII

The corporation is authorized to indemnify the directors and officers of the corporation to the fullest extent permissible under California law.

DATED: January 6 , 2021

_____
RONALD H. MELCHIN

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed.

DATED: January 6 , 2021

_____
RONALD H. MELCHIN

2

Exhibit A, No. 1:21-cv-03366 (JEB)