IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>         Plaintiffs,<br><br>      v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*,<br><br>         Defendants. | No. 1:21-cv-03366 (JEB) |

**[PROPOSED] ORDER**

IN CONSIDERATION of Defendant J.P. Morgan Chase Bank, N.A.'s Motion to Dismiss the Amended Complaint pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, the accompanying Memorandum of Points and Authorities in Support of Its Motion to Dismiss the Amended Complaint, any Opposition thereto, and the entire record in this matter, it is hereby

ORDERED that Defendant J.P. Morgan Chase Bank, N.A.'s Motion to Dismiss is GRANTED; and it is further

ORDERED that the Amended Complaint is hereby DISMISSED in its entirety with prejudice.

SO ORDERED.

Dated: _____              _____

                                   HON. JAMES E. BOASBERG
                                   United States District Judge
                                   District of Columbia

**APPENDIX**

In accordance with LCvR 7(k), this Appendix contains a list of the names and addresses of all attorneys entitled to be notified of the [Proposed] Order's entry.

>Daniel Bean
>ABEL BEAN LAW, P.A.
>100 N. Laura Street
>Suite 501
>Jacksonville, FL 32202
>(904) 944-4100
>
>Jared Burns
>ABEL BEAN LAW, P.A.
>100 North Laura Street
>Suite 501
>Jacksonville, FL 32202
>(904) 944-4110
>
>Christopher Westley Dempsey
>ABEL BEAN LAW, P.A.
>100 N. Laura Street
>Suite 501
>Jacksonville, FL 32202
>(904) 944-4100
>
>Douglas N. Letter
>U.S. HOUSE OF REPRESENTATIVES
>Office of General Counsel
>5140 O'Neill House Office Building
>Washington, DC 20515
>(202) 225-9700
>
>Noam Biale
>SHER TREMONTE LLP
>90 Broad Street
>23rd Floor
>New York, NY 10004
>(212) 202-2600

Paul Joseph Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102
(973) 776-1900

Dorothy Ames Jeffress
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5968

John Arak Freedman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942-5316

Justin M. Sher
SHER TREMONTE LLP
90 Broad Street
23rd Floor
New York, NY 10016
(212) 202-2600

Loretta Lynch
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Roberto J. Gonzalez
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
(202) 223-7300