# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,<br><br>                       Plaintiffs,<br><br>              v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*,<br><br>                       Defendants. | No. 1:21-cv-03366 (JEB) |

## **[PROPOSED] ORDER**

IN CONSIDERATION of Plaintiffs' Motion to Compel Notice, the Defendant JPMorgan Chase Bank, N.A.'s Opposition to Plaintiffs' Motion to Compel Notice, and the entire record in this matter, it is hereby

ORDERED that Plaintiffs' Motion to Compel Notice is DENIED with prejudice.

SO ORDERED.

Dated: _____                              _____

                                                                       HON. JAMES E. BOASBERG<br>
                                                                       United States District Judge<br>
                                                                       District of Columbia

**APPENDIX**

In accordance with LCvR 7(k), this Appendix contains a list of the names and addresses of all attorneys entitled to be notified of the [Proposed] Order's entry.

>Daniel Bean
>ABEL BEAN LAW, P.A.
>100 N. Laura Street
>Suite 501
>Jacksonville, FL 32202
>(904) 944-4100
>
>Jared Burns
>ABEL BEAN LAW, P.A.
>100 North Laura Street
>Suite 501
>Jacksonville, FL 32202
>(904) 944-4110
>
>Christopher Westley Dempsey
>ABEL BEAN LAW, P.A.
>100 N. Laura Street
>Suite 501
>Jacksonville, FL 32202
>(904) 944-4100
>
>Douglas N. Letter
>U.S. HOUSE OF REPRESENTATIVES
>Office of General Counsel
>5140 O'Neill House Office Building
>Washington, DC 20515
>(202) 225-9700
>
>Noam Biale
>SHER TREMONTE LLP
>90 Broad Street
>23rd Floor
>New York, NY 10004
>(212) 202-2600

2

Paul Joseph Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102
(973) 776-1900

Dorothy Ames Jeffress
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5968

John Arak Freedman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942-5316

Justin M. Sher
SHER TREMONTE LLP
90 Broad Street
23rd Floor
New York, NY 10016
(212) 202-2600

Loretta Lynch
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Roberto J. Gonzalez
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
(202) 223-7300