IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, *et al.*, <br><br> Defendants. | No. 1:21-cv-03366 (JEB) |

**CERTIFICATE RULE LCvR 26.1**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant J.P. Morgan Chase Bank, N.A., certify that to the best of my knowledge and belief, J.P. Morgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. I further certify that to the best of my knowledge and belief, JPMorgan Chase & Co. does not have a parent corporation, and there are no subsidiaries, affiliates, or companies that own at least 10 percent of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 25, 2022

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        */s/ Loretta E. Lynch*
        Loretta E. Lynch (*pro hac vice*)
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Telephone: (212) 373-3118
        lelynch@paulweiss.com

        Roberto J. Gonzalez (DC Bar No. 501406)
        2001 K Street, NW
        Washington, DC 20006-1047
        Telephone: (202) 223-7300
        rgonzalez@paulweiss.com

        *Counsel for Defendant*
        *J.P. Morgan Chase Bank, N.A.*