# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 1:21-cv-03366-JEB |
| NANCY PELOSI, *et al.*, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER ON MOTION TO COMPEL NOTICE

This case is before the Court on Plaintiffs' Motion to Compel Notice. ECF No. 31. Defendant JP Morgan Chase Bank, N.A. filed an Opposition (ECF No. 35), and Plaintiffs filed a Reply.

It is hereby ORDERED:

1. Plaintiffs' Motion to Compel Notice (ECF No. 31) is **GRANTED**.

2. Defendant JPMorgan Chase Bank, N.A. shall provide Plaintiffs with advance notice of ten (10) days prior to providing any additional records relating to Plaintiffs to the Select Committee to Investigate the January 6th Attack on the United States Capitol.

Done this ___ day of _____, 2022.

_____
HON. JAMES E. BOASBERG
United States District Judge

Copies:  Counsel of Record