**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

TAYLOR BUDOWICH, *et al.*,


*Plaintiffs*,

v.


NANCY PELOSI, *et al.*,


*Defendants*.

</td><td>

Case No. 1:21-cv-3366-JEB

</td></tr>
</table>

<u>**NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

The Congressional Defendants respectfully notify this Court of a recent opinion in the District Court for the District of Columbia, *Republican National Committee v. Pelosi*, No. 22-00659, ECF No. 33.  There, the district court rejected an effort by the Republican National Committee to block a third-party vendor from complying with a subpoena issued by the House Select Committee to Investigate the January 6th Attack on the United States Capitol.  In so doing, the court rejected many of the same arguments made by Plaintiffs in this case.  The opinion is attached as Exhibit A.

May 4, 2022

Respectfully submitted,

*/s/ Douglas N. Letter*

DOUGLAS N. LETTER (D.C. Bar No. 253492)
  *General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
ERIC R. COLUMBUS (D.C. Bar No. 487736)
MICHELLE S. KALLEN (D.C. Bar No. 1030497)
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, DC  20515
(202) 225-9700
douglas.letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte*
Noam Biale
Maya Brodziak*
Kathryn E. Ghotbi*
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

ARNOLD & PORTER
John A. Freedman
Paul Fishman
Amy Jeffress
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Paul.Fishman@arnoldporter.com
Amy.Jeffress@arnoldporter.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I filed this document with the Court via ECF, which will electronically notify all counsel of record.

/s/ Douglas N. Letter
Douglas N. Letter
