UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,           )<br>                                      )<br>         Plaintiffs,                 )<br>                                      )<br>vs.                                   )     Case No. 1:21-cv-03366-JEB<br>                                      )<br>NANCY PELOSI, *et al.*,               )<br>                                      )<br>         Defendants.                 )<br>                                      ) | |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify this Court of a recent Order by the U.S. Court of Appeals for the District of Columbia in Republican National Committee v. Pelosi, No. 22-5123 (D.C. Cir. May 25, 2022). In its Order, the Court enjoined a third-party vendor of the Republican National Committee ("RNC") from releasing records requested by the Select Committee via a subpoena. The Court found that RNC satisfied the stringent requirements for an injunction pending appeal, which includes a finding of likelihood of success on the merits. See Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008). The Court's opinion is attached to this Notice as **Exhibit A**.

Date: May 27, 2022

Respectfully submitted,

**ABEL BEAN LAW, P.A.**

*s/ Christopher W. Dempsey*
CHRISTOPHER W. DEMPSEY
DANIEL K. BEAN
JARED J. BURNS
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone: (904) 944-4100
Fax: (904) 944-4122
Email: cdempsey@abelbeanlaw.com
dbean@abelbeanlaw.com
jburns@abelbeanlaw.com

*Attorneys for Plaintiffs*