UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAYLOR BUDOWICH, *et al.*,

    Plaintiffs,

    v.

NANCY PELOSI, *et al.*,

    Defendants.

Civil Action No. 21-3366 (JEB)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Congressional Defendants' [33] Motion to Dismiss is GRANTED;

2. Defendant J.P. Morgan Chase Bank's [34] Motion to Dismiss is GRANTED; and

3. The case is DISMISSED WITHOUT PREJUDICE.

        /s/ *James E. Boasberg*
        JAMES E. BOASBERG
        United States District Judge

Date: June 23, 2022