# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>NANCY PELOSI, *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Case No. 1:21-cv-03366-JEB |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, in accordance with Rules 3 and 4(a)(1)(B), Federal Rules of Appellate Procedure, this 22nd day of August, 2022, that Plaintiff Taylor Budowich hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 23rd day of June, 2022, in favor of Defendants Pelosi, Thompson, Cheney, Schiff, Raskin, Lofgren, Luria, Aguilar, Murphy, Kinsinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee Defendants") and Defendant J.P. Morgan Chase Bank, N.A. ("Defendant JPMorgan") against Plaintiff Budowich.

Date:  August 22, 2022

Respectfully submitted,

**ABEL BEAN LAW, P.A.**

*s/ Jared J. Burns*
JARED J. BURNS
DANIEL K. BEAN
CHRISTOPHER W. DEMPSEY
100 N Laura Street, Suite 501
Jacksonville, Florida 32202
Telephone:  (904) 944-4100
Fax:  (904) 944-4122
Email: jburns@abelbeanlaw.com
dbean@abelbeanlaw.com
cdempsey@abelbeanlaw.com

*Attorneys for Plaintiff Budowich*