IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR BUDOWICH, et al.,<br><br>     *Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, et al.,<br><br>     *Defendants*. | Case No. 1:21-cv-03366 |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.6(b), I, Douglas N. Letter, currently listed as counsel for Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol in the above-captioned case, withdraw my appearance as counsel. I am leaving my position in the Office of General Counsel. The Congressional Defendants will continue to be represented by the other attorney who has entered an appearance in this matter.

            Respectfully submitted,

            */s/ Douglas N. Letter*
            Douglas N. Letter (D.C. Bar No. 253492)
             *General Counsel*

            Office of General Counsel
            U.S. House of Representatives

                          5140 O'Neill House Office Building  
                          Washington, D.C. 20515  
                          (202) 225-9700  
                          Douglas.Letter@mail.house.gov

January 3, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2023, I caused the foregoing Notice of Withdrawal as Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                                                         */s/ Douglas N. Letter*
                                                                           Douglas N. Letter